

Statement

# Account Statement for

## BLAZE - 169474

198 MAIN STREET, BAR HARBOR, ME 04609

as of 11/6/25

| Invoice | Invoice Date | ↑ Due Date | Amount |
|---------|-------------|-----------|--------|
| 7944479 | 6/27/25 | 7/11/25 | $1,664.07 |
| 630252 | 6/30/25 | 7/14/25 | $35.00 |
| 7946079 | 6/30/25 | 7/14/25 | $7,316.71 |
| 70125 | 7/1/25 | 7/15/25 | $19,942.78 |
| 701252 | 7/1/25 | 7/15/25 | $35.00 |
| 7948934 | 7/2/25 | 7/16/25 | $364.13 |
| 7948493 | 7/2/25 | 7/16/25 | $4,621.28 |
| 7948935 | 7/2/25 | 7/16/25 | $383.17 |
| 7949743 | 7/3/25 | 7/17/25 | $275.28 |
| 7950840 | 7/4/25 | 7/18/25 | $4,905.49 |
| 7951694 | 7/5/25 | 7/19/25 | $172.51 |

11/6/25, 12:35 PM                                          Statement

| Invoice | Invoice Date | ↑ Due Date | Amount |
|---------|--------------|------------|--------|
| 7973846 | 7/28/25 | 8/11/25 | $11,033.28 |
| 7978984 | 8/1/25 | 8/15/25 | $7,868.99 |
| 7979546 | 8/2/25 | 8/16/25 | $820.45 |
| 8062025 | 8/6/25 | 8/20/25 | $19,437.34 |
| 80625 | 8/6/25 | 8/20/25 | $35.00 |
| 7983543 | 8/6/25 | 8/20/25 | $12,960.19 |
| 7986317 | 8/8/25 | 8/22/25 | $549.90 |
| 81325 | 8/13/25 | 8/27/25 | $35.00 |
| 8132025 | 8/13/25 | 8/27/25 | $16,382.52 |
| 7996736 | 8/17/25 | 8/31/25 | $177.10 |
| 7996737 | 8/17/25 | 8/31/25 | $80.29 |
| 7996735 | 8/17/25 | 8/31/25 | $98.72 |
| 7996734 | 8/17/25 | 8/31/25 | $100.25 |
| 8032450 | 9/17/25 | 10/1/25 | $80.29 |
| 8032449 | 9/17/25 | 10/1/25 | $177.10 |

11/6/25, 12:35 PM

Statement

| Past Due Subtotal | $109,551.84 |
| Current Subtotal | $0.00 |
| Credit Subtotal | $0.00 |

| **Total** | **$109,551.84** |