

11/6/25, 12:37 PM

Statement

# Account Statement for
## BANGOR BLAZE - 217310
18 BROAD STREET, BANGOR, ME 04401

as of 11/6/25

| Invoice | Invoice Date | ↑ Due Date | Amount |
|---------|--------------|-----------|--------|
| 7944264 | 6/27/25 | 7/11/25 | $2,935.30 |
| 7945788 | 6/30/25 | 7/14/25 | $3,647.80 |
| 701252 | 7/1/25 | 7/15/25 | $35.00 |
| 70125 | 7/1/25 | 7/15/25 | $4,530.12 |
| 7948801 | 7/2/25 | 7/16/25 | $2,056.21 |
| 7951079 | 7/4/25 | 7/18/25 | $3,260.29 |
| 7974126 | 7/28/25 | 8/11/25 | $4,671.33 |
| 7979391 | 8/1/25 | 8/15/25 | $5,913.63 |
| 8062025 | 8/6/25 | 8/20/25 | $12,891.05 |
| 7983819 | 8/6/25 | 8/20/25 | $10,997.68 |
| 80625 | 8/6/25 | 8/20/25 | $35.00 |

https://valet.billfire.com/vendors/107e3c7f-84c7-476e-a575-3b0444b276e2/locations/7c6e6172-d04a-11ed-a596-634461f3f5b0/statement

1/2

11/6/25, 12:37 PM                                        Statement

| Invoice | Invoice Date | ↑ Due Date | Amount |
|---------|--------------|------------|--------|
| 7985086 | 8/7/25 | 8/21/25 | $441.52 |
| 81325 | 8/13/25 | 8/27/25 | $35.00 |
| 8132025 | 8/13/25 | 8/27/25 | $12,092.98 |
| 7996748 | 8/17/25 | 8/31/25 | $98.28 |
| 7996747 | 8/17/25 | 8/31/25 | $108.41 |
| | | Past Due Subtotal | $63,749.60 |
| | | Current Subtotal | $0.00 |
| | | Credit Subtotal | $0.00 |

**Total**                                                               **$63,749.60**