EXHIBIT

H

**PERFORMANCE**
FOODSERVICE - NorthCenter

PO Box 2628 | 20 Dalton Rd | Augusta, ME 04338-2628
Toll Free | 800 . 452 . 4656    Fax | 207 . 623 . 1662

## PERSONAL GUARANTEE TO PERFORMANCE FOOD GROUP, INC.

For in consideration of and as inducement for Performance Food Group, Inc., dba Performance Foodservice and dba Vistar, and its direct and indirect subsidiaries (referred to herein alternatively as "PFG" or "Operating Company") to extend credit on an open account to Purchaser, the party identified in this Customer Application, the undersigned guarantor ("Guarantor") hereby personally, and not as an agent of Purchaser, irrevocably, absolutely and unconditionally without right of any deduction, set-off or otherwise, at all times, guaranty and agree to fully and promptly pay when due (including any acceleration thereof), as primary Guarantor any and all indebtedness owing to PFG by Purchaser on said open account, whether said indebtedness now exists or is incurred hereafter, and whether for goods or services or in the form of notes, bills open account or any indebtedness in any other form. This Guarantee is absolute and continuing in nature until terminated by the written notice of Guarantor to PFG, sent certified mail, return receipt requested, to Director of Credit, 12650 E. Arapahoe Road, Building D, Centennial, CO 80112. Any termination of this Guarantee shall not terminate Guarantor's liability for any and all indebtedness incurred prior to the effective date of termination.

All information and terms and conditions appearing in the Customer Application, which is executed contemporaneously herewith, are hereby incorporated into this Guarantee by reference, including, but not limited to terms pertaining to interest charges, attorneys' fees and terms of credit. **GUARANTOR HAS READ AND UNDERSTANDS ALL OF THE PRINTED, TYPED AND HANDWRITTEN LANGUAGE APPEARING ON ALL PAGES OF THIS THREE (3) PAGE DOCUMENT AND ACKNOWLEDGES THAT NO ESSENTIAL TERMS ARE OMITTED.**

Guarantor expressly waives notice from PFG of acceptance and reliance on this Guarantee, notice of sales made to Purchaser and notice of default by Purchaser. Guarantor expressly consents to any modification or renewal of the terms of credit granted to Purchaser from time to time, and waives notice of any such modification or renewal.

In the event of any default by Purchaser of its obligations, PFG may proceed directly against Guarantor to enforce its rights, without proceeding against Purchaser or exhausting any other remedies PFG may have. This personal guarantee shall be binding upon Guarantor, its heirs, successors, representatives and assigns, and shall inure to the benefit of PFG, its successors and assigns.

The undersigned consents to PFG obtaining a consumer credit report on Guarantor for the purpose of evaluating the creditworthiness of Guarantor in connection with an application for business credit.

In the event more than one person executes this Guarantee, the obligations of each guarantor shall be joint and several and, all references to the singular herein shall be construed to include the plural.

The Guarantor(s) execute(s) this Guarantee on his or her own personal behalf, and not in any other capacity regardless of how Guarantor may characterize itself below.

## AUTHORIZATION FOR CREDIT REPORT

**THE UNDERSIGNED IS EXECUTING THIS AUTHORIZATION FOR CREDIT REPORT INDIVIDUALLY FOR THE PURPOSE OF AUTHORIZING PF TO OBTAIN A CONSUMER CREDIT REPORT FROM TIME TO TIME ON THE UNDERSIGNED INDIVIDUAL THROUGH CREDIT AND CONSUMER REPORTING AGENCIES OR OTHER SOURCES, IN ORDER TO FURTHER EVALUATE THE CREDITWORTHINESS OF SUCH INDIVIDUAL IN CONNECTION WITH THE CREDIT EVALUATION PROCESS AND THE PROPOSED EXTENSION OF BUSINESS CREDIT TO THE APPLICANT. TH UNDERSIGNED, AS AN INDIVIDUAL, HEREBY KNOWINGLY CONSENTS TO THE USE OF SUCH CREDIT REPORT IN ACCORDANCE WITH TH FEDERAL FAIR CREDIT REPORTING ACT AS CONTAINED IN 15 U.S.C 1681, ET SEQ. AS AMENDED FROM TIME TO TIME.**

| | |
|---|---|
| _Matthew Haskell_ 6/29/17 | |
| Guarantor's Signature          Date | Guarantor's Signature          Date |
| Matthew Haskell | |
| Printed Name | Printed Name |
| 004.86.6655 | |
| Social Security Number | Social Security Number |
| 34 Hinds Rd Blue Hill, Me | |
| Home Address | Home Address |
| _(witness signature)_ 6/29/17 | |
| Witness Signature          Date | Witness Signature          Date |
| Jennifer Grover | |
| Printed Name | Printed Name |