

11/6/25, 12:38 PM

Statement

# Account Statement for

## BLAZE-CAMDEN - 55004353

5 BAYVIEW ST, CAMDEN, ME 04843-2201

as of 11/6/25

| Invoice | Invoice Date | ↑ Due Date | Amount |
|---------|--------------|-----------|--------|
| 80625 | 8/6/25 | 8/20/25 | $35.00 |
| 8062025 | 8/6/25 | 8/20/25 | $339.80 |
| 7996787 | 8/17/25 | 8/31/25 | $98.97 |
| 7996786 | 8/17/25 | 8/31/25 | $98.97 |
| 7996788 | 8/17/25 | 8/31/25 | $141.86 |
| 8032497 | 9/17/25 | 10/1/25 | $98.97 |
| 8032498 | 9/17/25 | 10/1/25 | $98.97 |
| 8032499 | 9/17/25 | 10/1/25 | $141.86 |

|  |  |
|---|---|
| Past Due Subtotal | $1,054.40 |
| Current Subtotal | $0.00 |
| Credit Subtotal | $0.00 |

11/6/25, 12:38 PM

Statement

**Total**                                                    $1,054.40