EXHIBIT

L

11/6/25, 12:39 PM                                                                Statement

# Account Statement for
## BLAZE BREWING BIDDEFORD - 55050915

28 PEARL ST, BIDDEFORD, ME 04005-2040

### as of 11/6/25

| Invoice | Invoice Date | ↑ Due Date | Amount |
|---------|--------------|------------|--------|
| 70125   | 7/1/25       | 7/15/25    | $221.13 |
| 701252  | 7/1/25       | 7/15/25    | $35.00 |

|  | Past Due Subtotal | $256.13 |
|--|-------------------|---------|
|  | Current Subtotal  | $0.00 |
|  | Credit Subtotal   | $0.00 |

| **Total** | **$256.13** |
|-----------|-------------|