**EXHIBIT**

*O*

11/6/25, 12:40 PM                                                                                  Statement

## Account Statement for
### BLAZE URBAN PIZZA - 55076923

329 MAIN ST, BANGOR, ME 04401-6211

as of 11/6/25

| Invoice | Invoice Date | ↑ Due Date | Amount |
|---|---|---|---|
| 90425 | 9/4/25 | 9/18/25 | $35.00 |
| 9042025 | 9/4/25 | 9/18/25 | $103.54 |
| 100325 | 10/3/25 | 10/17/25 | $103.54 |
| 1003250 | 10/3/25 | 10/17/25 | $35.00 |
| 8062833 | 10/17/25 | 10/31/25 | $103.54 |

|  |  |  |  |
|---|---|---|---|
|  | Past Due Subtotal |  | $380.62 |
|  | Current Subtotal |  | $0.00 |
|  | Credit Subtotal |  | $0.00 |
|  | **Total** |  | **$380.62** |

https://valet.billfire.com/vendors/107e3c7f-84c7-476e-a575-3b0444b276e2/locations/7c8bac32-d04a-11ed-a596-1372e288bff1/statement

1/1