

Statement

# Account Statement for
## BLAZE-BLUE HILL - 55082471
66 MAIN ST, BLUE HILL, ME 04614-5990

### as of 11/6/25

| Invoice | Invoice Date | ↑ Due Date | Amount |
|---|---|---|---|
| 7946600 | 6/30/25 | 7/14/25 | $5,964.29 |
| 70125 | 7/1/25 | 7/15/25 | $1,305.97 |
| 701252 | 7/1/25 | 7/15/25 | $35.00 |
| 7949322 | 7/3/25 | 7/17/25 | $6,474.68 |
| 7974138 | 7/28/25 | 8/11/25 | $7,420.36 |
| 7302025 | 7/30/25 | 8/13/25 | $4,866.86 |
| 7977698 | 7/31/25 | 8/14/25 | $7,666.36 |
| 8062025 | 8/6/25 | 8/20/25 | $9,907.59 |
| 80625 | 8/6/25 | 8/20/25 | $35.00 |
| 7984974 | 8/7/25 | 8/21/25 | $6,427.07 |
| 7984975 | 8/7/25 | 8/21/25 | $4,371.71 |

11/6/25, 12:41 PM                                    Statement

| Invoice | Invoice Date | ↑ Due Date | Amount |
|---|---|---|---|
| 81325 | 8/13/25 | 8/27/25 | $35.00 |
| 8132025 | 8/13/25 | 8/27/25 | $12,917.01 |
| 7996856 | 8/17/25 | 8/31/25 | $176.93 |
| 7996855 | 8/17/25 | 8/31/25 | $104.30 |
| 7996854 | 8/17/25 | 8/31/25 | $174.10 |
| 8032565 | 9/17/25 | 10/1/25 | $176.93 |
| 8032564 | 9/17/25 | 10/1/25 | $104.30 |
| 8032563 | 9/17/25 | 10/1/25 | $174.10 |

| | | |
|---|---|---|
| Past Due Subtotal | | $68,337.56 |
| Current Subtotal | | $0.00 |
| Credit Subtotal | | $0.00 |
| **Total** | | **$68,337.56** |