**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| PERFORMANCE FOOD GROUP, INC., <br> d/b/a PERFORMANCE FOODSERVICE, <br><br> Plaintiff, <br><br> v. <br><br> DIVERSE CAPITAL INVESTMENTS, LLC, d/b/a BLAZE, BLAZE BANGOR, LLC, CAMDEN WATERFRONT, LLC, d/b/a BLAZE CAMDEN, f/d/b/a HOXBILL RESTAURANT, BLAZE BREWING BIDDEFORD, LLC, BLAZE URBAN PIZZA, LLC, PUB CIAO, LLC, d/b/a BLAZE BLUE HILL, MATTHEW HASKELL, and WHITNEY STEVENS, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 1:26-cv-00134 LEW |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Performance Food Group, Inc., d/b/a Performance Foodservice ("Plaintiff"), hereby gives notice that the above-captioned action is voluntarily dismissed against all Defendants in its entirety without prejudice and without costs. In support of this Notice, Plaintiff states that no Defendant has served either an answer or a motion for summary judgment in this action.

Dated: April 2, 2026.        /s/ Fred W. Bopp III

                                     Fred W. Bopp III, Esq.
                                     Attorney for Plaintiff, Performance Food Group, Inc., d/b/a Performance Foodservice

BOPP & GUECIA
121 Main Street
Yarmouth, ME 04096
(207) 846-6111
fbopp@boppguecia.com